FILED: August 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4576

(5:11-cr-00045-MFU-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOHN STUART DOWELL

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
| Originating Case Number | 5:11-cr-00045-MFU-1 |
| Date notice of appeal filed in originating court: | 08/01/2013 |
| Appellant | John Stuart Dowell |
| Appellate Case Number | 13-4576 |
| Case Manager | Amy L. Carlheim<br>804-916-2788 |