FILED: November 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4576

(5:11-cr-00045-MFU-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHN STUART DOWELL

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to correct sentencing transcript, the court denies the motion without prejudice to refiling a motion in the district court pursuant to Rule 10 of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk