# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT
No. 13-4576,   <u>US v. John Dowell</u>

The following information is provided in response to the court's notification of Oral Argument:

**Date of Oral Argument:** 9-9-2014

**Attorney arguing:** Russell Bostic   **Phone No.** 540-432-1119

**Arguing on Behalf of:** John Dowell

Attorney Appearing for Defendant but **Not** Arguing in Criminal Case: None

**Argument Time**: If you know how much argument time you wish to use, please provide that information below; any desired changes may be made upon check-in on the morning of argument. If you have not decided upon your argument time, please return this form acknowledging that you will argue the case and provide your argument time when you check in on the morning of argument. Counsel presenting oral argument must have an appearance of counsel form on file for the case. In most cases, **20 minutes** of argument time are allotted per side; all parties to a side must share oral argument time. In social security, black lung & labor cases in which the primary issue is whether substantial evidence supports the agency's decision, and in criminal cases in which the primary issue is the application of the sentencing guidelines, the court allows only 15 minutes of argument time per side. In en banc cases, the court allows 30 minutes of argument time per side. Appellants and cross-appellants may reserve **up to 1/3 of their time for rebuttal** (7 out of 20 minutes).

## APPELLANT
First Attorney arguing: Russell Bostic   Opening Argument Time: 15:00
Any 2nd Attorney arguing: _____   Opening Argument Time: _____
Any 3rd Attorney arguing: _____   Opening Argument Time: _____

## APPELLEE OR APPELLEE-CROSS APPELLANT
First Attorney arguing: _____   Answering Argument Time: _____
Any 2nd Attorney arguing: _____   Answering Argument Time: _____
Any 3rd Attorney arguing: _____   Answering Argument Time: _____

## APPELLANT OR APPELLEE-CROSS APPELLANT
First Attorney arguing: Russell Bostic   Rebuttal Argument Time: 5:00
Any 2nd Attorney arguing: _____   Rebuttal Argument Time: _____

I, Russell Bostic, hereby certify that on this date, I electronically filed this document using the CMECF System, which will send notice of filing to the CMECF participants listed below and further certify that on this date I served any non-CMECF participants in the manner indicated below:

Date: 7-9-14   Signature: /s/ Russell Bostic